# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIA MCMILLIN, AN INDIVIDUAL,
Appellant,
vs.
ROBERT THOMPSON, INDIVIDUALLY
AND AS FRANCHISEE; AND TYRON
HENDERSON, INDIVIDUALLY,
Respondents.

No. 85065

FILED

DEC 14 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Cause appearing, appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Bita Yeager, District Judge
     Patrick N. Chapin, Settlement Judge
     Mainor Wirth
     Morris Law Center
     Hall Jaffe & Clayton, LLP
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

22-39141